# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ROYAL INTERCO, LLC, *et al.*, | Case No. 25-10674 (TMH) |
| Debtors.[1] | Jointly Administered |

## NOTICE OF AUCTION TRANSCRIPT

**PLEASE TAKE NOTICE** that on October 11, 2024, the Court entered an O*rder Pursuant to Sections 105, 363, 364, 365 and 541 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006 and 9007 and Del. Bankr. L.R. 2002-1 and 6004-1 (A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets; (B) Approving the Debtors' Entry Into Stalking Horse Agreement and Related Bid Protections; (C) Approving Procedures for the Assumption and Assignment or Rejection of Designated Executory Contracts and Unexpired Leases; (D) Scheduling an Auction and Sale Hearing; (E) Approving Forms and Manner of Notice of Respective Dates, Times, and Places in Connection Therewith; and (F) Granting Related Relief* (D.I. 149) (the "Bid Procedures Order").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bid Procedures Order, an auction (the "Auction") was held on May 15, 2025, at the office of Morris, Nichols, Arsht & Tunnell, LLP, 1201 N. Market Street, Wilmington, DE, 19801.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a copy of the transcript from the Auction.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: Royal Interco, LLC (7913); Doubletree Paper Mills, L.L.C. (1830); Royal Paper, LLC (9937); and Sun Paper Company, LLC (7899). The Debtors' mailing address is 711 North 17th Avenue, Phoenix, AZ 85007.

Dated: May 20, 2025             **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
      Wilmington, Delaware

*/s/ Scott D. Jones*_____
Robert J. Dehney, Sr. (No. 3578)
Matthew O. Talmo (No. 6333)
Scott D. Jones (No. 6672)
Clint M. Carlisle (No. 7313)
Brianna N. V. Turner (No. 7468)
1201 N. Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: rdehney@morrisnichols.com
       mtalmo@morrisnichols.com
       sjones@morrisnichols.com
       ccarlisle@morrisnichols.com
       bturner@morrisnichols.com

*Counsel to the Debtors and Debtors in Possession*