# EXHIBIT A

**Transcript**



**AUCTION**

May 15, 2025

**re ROYAL INTERCO, LLC, et al Debtor**

Reliable Court Reporting

Phone – 215-563-3363

Fax – 215-563-8839

www.reliable-co.com

```
 1        IN THE UNITED STATES BANKRUPTCY COURT

 2           FOR THE DISTRICT OF DELAWARE

 3                    - - -

 4  In re:                      :

 5                              :

 6  ROYAL INTERCO, LLC, et al   :

 7              Debtor     :Number-25-10674(TMH)

 8  ---------------------------

 9

10

11        T R A N S C R I P T of the stenographic

12  notes of the auction proceedings in the above-

13  entitled matter, as taken by and before Amanda

14  Brooks, a Professional Court Reporter and Notary

15  Public, taking place via Zoom on May 15th, 2025,

16  commencing at approximately 11:00 a.m. Eastern

17  time pursuant to notice.

18

19                              ORIGINAL

20

21

22

23

24
```

re ROYAL INTERCO, LLC, et al Debtor

, AUCTION

```
 1   APPEARANCES:

 2

 3   Sean Roberts

 4   Zachary Bishkin

 5   Mark Schlecker

 6   Dustin Bernstein

 7   James McCauley

 8   Kari Coniglio

 9   Lucas Kowalewski

10   Eva Gadzheva

11   Prisca Kim

12   Derek Hale

13   Ryan Carr

14   Jasmine Zhang

15   Luigi Lazzareschi

16   Steve Toth

17   Joseph Greenwood

18   Courtney Roane

19   Jacob Ryder

20   David Giacomelli

21   Federico De Matteis

22

23

24
```

re ROYAL INTERCO, LLC, et al Debtor

```
 1                         - - -

 2                AUCTION PROCEEDINGS

 3                         - - -

 4          JOSEPH GREENWOOD:  Good morning.  My name

 5   is Joe Greenwood, partner at Livingstone, an

 6   investment banker for the debtors.  This auction

 7   is to determine the highest or best offer for the

 8   debtor's assets.

 9              Before we begin, I will define certain

10   procedures or parameters for today's auction.  The

11   debtors have shared the baseline bid with the

12   qualified bidders and the consultation parties, as

13   set forth in the bid procedures.

14              The debtors also believe that each of

15   the bidders have at all times acted in good faith

16   and dealt at arm's length with the debtors during

17   this process.

18              Before we move forward, we do want to

19   confirm that any party present in the room has not

20   had any communications with any other bidder with

21   the goal of either controlling the price for the

22   assets being auctioned or discouraging such other

23   bidders' participation in this auction, and that

24   each party's qualified bid is a good faith Bona
```

re ROYAL INTERCO, LLC, et al Debtor

, AUCTION

Page 4

```
 1   fide offer, and they intend to consummate the
 2   proposed transaction if selected as the successful
 3   bidder.
 4               I hope I don't have to remind anyone,
 5   but will do so for the sake of the record.
 6   Engaging in any type or form of collusive bidding
 7   is illegal.  By signing in on the attendance sheet
 8   today, you will be deemed to have agreed that you
 9   have not engaged in any collusion, related to the
10   bidding process and this auction.
11               Given the number of parties in
12   attendance, we will not be going party by party.
13   But I will give everyone a moment to respond if
14   the foregoing is not true.
15               Each bidder should have one designated
16   spokesperson to avoid confusion, regarding each
17   bidder's position.  Multiple spokespeople will
18   confuse today's proceedings and delay this
19   auction.  There are two qualified bidders for the
20   debtor's assets, Sofidel and Kimberly-Clark.
21               A third bidder, Georgia Pacific, has
22   submitted a partial bid for certain assets,
23   related to the Duncan, South Carolina location.
24   The debtors have not qualified this bid on a
```

re ROYAL INTERCO, LLC, et al Debtor

, AUCTION

Page 5

1    stand-alone basis.

2              There may come a time during the

3    auction, however, where one of the other bidders

4    may wish to discuss enhancing their bid with

5    Georgia Pacific to submit a combined bid for the

6    debtor's assets.

7              Due to the rules of a 363 sale

8    process, such arrangements may not be exclusive,

9    and such discussions may occur only with the

10   debtor's permission and with a representative of

11   the debtor's presence.

12             Georgia Pacific will not be present

13   during the bulk asset auction.  To the extent the

14   group wishes to explore enhancing their bid with

15   Georgia Pacific's involvements, such qualified

16   bidder may request a break to explore further.

17             Bidding is expected to take place over

18   several rounds, as necessary.  If necessary, the

19   debtors and the consultation parties may elect to

20   confer between rounds to review bids.  In

21   addition, the debtors may call for a break at any

22   time to consider status or allow groups to confer.

23             We will try to keep breaks to a

24   minimum.  And we will try to keep them short.

re ROYAL INTERCO, LLC, et al Debtor

, AUCTION

Page 6

```
 1  Please stay near this room or in one of the break-
 2  out rooms, so we can quickly bring everyone back
 3  together.
 4             After all qualified bidders have been
 5  given a reasonable opportunity to submit its
 6  highest bid, such highest bid or best bid or bids
 7  shall be declared a successful bid.  At that point
 8  the auction will be closed.
 9             The qualified bidder with the next
10  highest or otherwise second best qualified bid,
11  also known as the back-up bid, shall be required
12  to serve as a back-up bidder.  The debtors will
13  announce the back-up bidder's identity and the
14  qualified bid amount at the same time the debtors
15  announce the identity of the successful bidder.
16             The back-up bidder shall be required
17  to keep its qualified bid open and irrevocable
18  until the closing of the transaction with the
19  successful bidder, unless otherwise agreed to.
20             The back-up bidder's deposit shall be
21  held in escrow until the closing of the
22  transaction with the applicable successful
23  bidders.  If a successful bidder fails to
24  consummate its successful bid, the debtors may
```

re ROYAL INTERCO, LLC, et al Debtor

, AUCTION

1  select the applicable back-up bidder as the

2  successful bidder.  And such back-up bidder shall

3  be deemed a successful bidder for all purposes.

4            If the successful bidder fails to

5  consummate the purchase, the debtors will file a

6  supplemental notice, seeking to approve the sale

7  to the back-up bidder, if applicable, on an

8  expedited notice and hearing.  The auction is not

9  over until I announce that it is over and announce

10  the successful and back-up bidders.  Please do not

11  leave until the end of the auction.

12            As a reminder, a qualified bidder's

13  bid is binding and irrevocable unless and until

14  the debtors accept the higher bid for such asset

15  and such qualified bidder is not selected as the

16  back-up bidder.  Everyone has had an opportunity

17  to review the bid procedures.  And as a result of

18  you being here, you are all bound by the bid

19  procedures.

20            Does anyone have any questions before

21  we begin?  The debtors may announce additional

22  procedural rules that are reasonably necessary or

23  advisable under the circumstances for conducting

24  this auction, provided such additional rules are

 1   not inconsistent with the bidding procedures.

 2              After the conclusion of the auction,

 3   the debtors will file a post-auction notice with

 4   The Court, notifying The Court and parties of an

 5   interest of the successful bid and back-up bid.

 6   Please remember the hearing to consider approval

 7   of the sale to the successful bidder will take

 8   place on May 22nd, 2025 at 10:00 a.m Eastern time.

 9              Are there any questions, regarding, or

10   objections to these auction procedures?  Okay.

11   Hearing none, I will ask the Georgia Pacific team,

12   Georgia Pacific team to relocate to their

13   conference room.  And we will come and grab you

14   as-needed.  Thank you.

15              All right.  We have got up on the

16   screen -- so we have got one here and one here.

17   So you guys -- so we can keep track of the bids.

18   At this point in time the baseline bid is the

19   Kimberly-Clark bid.  The headline value, the

20   headline purchase price of $133,000,000.

21              Minimum overbids are going to be

22   $1,000,000.  So that would mean the minimum

23   Sofidel topping bid would need to be $134,000,000.

24   As the stalking-horse, Sofidel has the ability to

1  bid their break-up fee and expense reimbursement

2  in lieu of cash.  That is $5,040,000.

3            So in order to submit a topping bid,

4  the minimum topping bid, the cash component of the

5  Sofidel purchase -- the cash component of the

6  Sofidel purchase price would need to be

7  $128,960,000 at a minimum.

8            Sofidel, do you wish to submit a

9  topping bid?  And I would ask whoever is going to

10 bid, please announce yourself for the court

11 reporter.

12            LUIGI LAZZARESCHI:  Luigi Lazzareschi from

13 Sofidel.

14            JOSEPH GREENWOOD:  We'll get spellings for

15 the court reporter.  Amanda, when we go off the

16 record, we will spell names for you.

17            THE COURT REPORTER:  Okay.  Thank you.  If

18 he said his name, I don't think I heard.

19            JOSEPH GREENWOOD:  It's Luigi from

20 Sofidel.  We'll get you the spelling of his last

21 name.

22            THE COURT REPORTER:  Okay.  Thank you.

23            LUIGI LAZZARESCHI:  Do I have to spell my

24 last name?

re ROYAL INTERCO, LLC, et al Debtor

, AUCTION

1          JOSEPH GREENWOOD:  No.  We'll take care of

2    that part.  Do you wish to submit a topping bid?

3          LUIGI LAZZARESCHI:  Yes.  I'm sorry for my

4    English.

5          JOSEPH GREENWOOD:  We changed it to a

6    million.

7          THE COURT REPORTER:  This is the court

8    reporter.  I'm not able to hear the other person

9    that is speaking.  I'm sorry.

10          JOSEPH GREENWOOD:  Okay.  Give us one

11    second.  Do you want to move the mike over there?

12          LUIGI LAZZARESCHI:  So I would like to go

13    ahead, increasing a million offer.

14          JOSEPH GREENWOOD:  You want to increase

15    your bid?

16          LUIGI LAZZARESCHI:  Yeah.  By a million.

17          JOSEPH GREENWOOD:  You want to get the

18    minimum million dollar overbid for the cash

19    component to be 128/960?

20          LUIGI LAZZARESCHI:  Yes, yes.

21          JOSEPH GREENWOOD:  For a headline purchase

22    price of $134,000,000, comprised of a cash

23    purchase price of $128,960,000 break-up fee and

24    expense reimbursement of $5,040,000?

re ROYAL INTERCO, LLC, et al Debtor

, AUCTION

1          LUIGI LAZZARESCHI:  Yes.

2          JOSEPH GREENWOOD:  Okay.  All right.  So

3   Kimberly-Clark, in order -- so the baseline bid,

4   the highest and best bid at this point in time is

5   the Sofidel bid, with a headline purchase price of

6   $134,000,000.  In order for Kimberly-Clark to

7   submit a topping bid, they would need to increase

8   the bid by $1,000,000 at a minimum.

9               Kimberly-Clark, would you like to

10  submit a topping bid?

11          STEVE TOTH:  Steve Toth, T-O-T-H, from

12  Kirkland & Ellis, LLP, on behalf of Kimberly-

13  Clark.  Yes, we submit a bid of $135,000,000.

14          LUIGI LAZZARESCHI:  So I imagine we have

15  to -- okay.

16          JOSEPH GREENWOOD:  At this point in time

17  the highest bid is Kimberly-Clark at $135,000,000.

18  In order to submit a topping bid, Sofidel would

19  need to increase their bid by a minimum of

20  $1,000,000, $136,000,000 at purchase price,

21  comprised of $130,960,000 cash and $5,040,000

22  break-up fee.

23               Sofidel, do you wish to submit a

24  topping bid?

re ROYAL INTERCO, LLC, et al Debtor

, AUCTION

1         LUIGI LAZZARESCHI:  Yes.  We are going to

2  increase by a million.

3         JOSEPH GREENWOOD:  At this point in time

4  the high bid is Sofidel at $136,000,000.

5  Kimberly-Clark, the topping bid needs to increase

6  by a minimum of $1,000,000.

7         STEVE TOTH:  Steve Toth on behalf of

8  Kimberly-Clark.  Yes.  $137,000,000.

9         JOSEPH GREENWOOD:  Okay.  At this point in

10  time the high bid is Kimberly-Clark at

11  $137,000,000.

12              In order for Sofidel to submit a

13  topping bid, your bid needs to be $138,000,000,

14  comprised of cash and $5,040,000 of break-up fee

15  and expense reimbursement.  Sofidel, do you wish

16  to submit a topping bid?

17         LUIGI LAZZARESCHI:  I believe we are going

18  to have $2,000,000.

19         JOSEPH GREENWOOD:  $2,000,000?

20         LUIGI LAZZARESCHI:  Yes.

21         JOSEPH GREENWOOD:  I would like to

22  confirm, so the topping bid is $2,000,000 to a

23  headline purchase price of $139,000,000, comprised

24  of $133,960,000 cash, and a break-up fee

1   $5,040,000; is that confirmed?

2          LUIGI LAZZARESCHI:  Confirmed.

3          STEVE TOTH:  Steve Toth, on behalf of

4   Kimberly-Clark.  $140,000,000.

5          JOSEPH GREENWOOD:  Okay.  At this time the

6   high bid is Kimberly-Clark at $140,000,000.  For

7   Sofidel to submit a topping bid, the minimum bid

8   would need to be $141,000,000, comprised of

9   $135,960,000 cash and $5,040,000 break-up and

10  expense reimbursement.  Sofidel, do you wish to

11  submit a topping bid?

12         LUIGI LAZZARESCHI:  I believe we should

13  take a break.

14         JOSEPH GREENWOOD:  All right, Amanda.  We

15  are going to go off the record.

16                     - - -

17                (Whereupon, a short break was

18  taken.)

19                     - - -

20         JOSEPH GREENWOOD:  The current high bid is

21  Kimberly-Clark's bid at $140,000,000.  In order to

22  submit a topping bid, Sofidel would need to

23  increase that bid by $1,000,000 to $141,000,000,

24  which will be comprised of $135,960,000 cash.

, AUCTION

Page 14

1   $5,040,000 is the break-up fee and expense

2   reimbursement.

3            Sofidel, do you wish to submit a

4   topping bid?

5            LUIGI LAZZARESCHI:  Yes.  Luigi

6   Lazzareschi, Sofidel, yes.  We would like to

7   increase by a million.

8            JOSEPH GREENWOOD:  Okay.  At this point in

9   time the high bid is Sofidel at $141,000,000.

10  Still bidding in million-dollar bid increments,

11  Kimberly-Clark, would you like to submit a topping

12  bid?

13           STEVE TOTH:  Steve Toth for Kimberly-

14  Clark.  What is our number?

15           JOSEPH GREENWOOD:  The current high bid is

16  $141,000,000.  In order to be a topping bid, you

17  need to bid 142.

18           STEVE TOTH: 142, please.

19           JOSEPH GREENWOOD:  All right.

20  $142,000,000.  Kimberly-Clark with a high bid.  In

21  order to submit a topping bid, Sofidel needs to

22  increase the total value by a million to

23  $143,000,000.  Do you wish to submit a topping

24  bid?

re ROYAL INTERCO, LLC, et al Debtor

, AUCTION

Page 15

1           LUIGI LAZZARESCHI:  Yes.  Luigi

2   Lazzareschi.  $143,000,000.

3           JOSEPH GREENWOOD:  The high bid is Sofidel

4   at $143,000,000.  Excuse me.  144 to be the

5   minimum topping bid.  Kimberly-Clark, do you

6   submit a topping bid?

7           STEVE TOTH:  Yes, 144.  $144,000,000.

8   Steve Toth from Kirkland Ellis for Kimberly-Clark.

9           JOSEPH GREENWOOD:  High bid is Kimberly-

10  Clark, $144,000,000.  In order to submit a topping

11  bid, Sofidel would need to bid 145.

12          LUIGI LAZZARESCHI:  Yes.  We submit 145.

13  Luigi Lazzareschi.

14          JOSEPH GREENWOOD:  Okay.  The high bid is

15  Sofidel at 145.  Minimum overbid of a million.

16  Kimberly-Clark, 146 to submit a topping bid.

17          STEVE TOTH:  Steve Toth for Kimberly-

18  Clark.  $146,000,000.

19          JOSEPH GREENWOOD:  High bid is Kimberly-

20  Clark at 146.  147?

21          LUIGI LAZZARESCHI:  Yes.  147.  Luigi

22  Lazzareschi.

23          JOSEPH GREENWOOD:  The high bid is Sofidel

24  at $147,000,000 increment.  148 to submit a

re ROYAL INTERCO, LLC, et al Debtor

, AUCTION

1   topping bid.

2          STEVE TOTH:  Steve Toth for Kimberly-

3   Clark.  $148,000,000.

4          JOSEPH GREENWOOD:  Okay.  148 is the high

5   bid, Kimberly-Clark.  Sofidel, 149?

6          LUIGI LAZZARESCHI:  Yes.  Sofidel with

7   149.

8          JOSEPH GREENWOOD:  Okay.  Kimberly-Clark,

9   would you like to submit a topping bid for

10  $1,000,000?

11         STEVE TOTH:  Steve Toth, Kimberly-Clark,

12  $150,000,000.

13         JOSEPH GREENWOOD:  Okay.  The high bid is

14  150, Kimberly-Clark.  Sofidel?

15         LUIGI LAZZARESCHI:  Yes.  Luigi

16  Lazzareschi from Sofidel.  151.

17         JOSEPH GREENWOOD:  151 is the high bid.

18  Sofidel, $1,000,000 bid increment, at 152.

19         STEVE TOTH:  Steve Toth, Kimberly-Clark.

20  $152,000,000.

21         JOSEPH GREENWOOD:  Okay.  Sofidel, would

22  you like to bid a million dollars, 153?

23         LUIGI LAZZARESCHI:  Yes.  We bid 153.

24  Luigi Lazzareschi, Sofidel.

re ROYAL INTERCO, LLC, et al Debtor

, AUCTION

```
 1            JOSEPH GREENWOOD:  Okay.  Kimberly-Clark,

 2   high bid is Sofidel at $153,000,000.  The topping

 3   bid.

 4            STEVE TOTH:  We would like to take a short

 5   break, please.

 6            JOSEPH GREENWOOD:  Okay.  Just before we

 7   break, we are at $153,000,000.  And with that, we

 8   can go off the record.

 9                      - - -

10               (Whereupon, a short break was

11   taken.)

12                      - - -

13            JOSEPH GREENWOOD:  Good afternoon.  Joseph

14   Greenwood, banker to the debtor.  The highest bid

15   is the Sofidel bid of $153,000,000.

16            THE COURT REPORTER:  Hi.  This is the

17   court reporter.  Is it possible for you to get

18   closer to the microphone?  Because you are kind of

19   going like in and out a little bit.

20            JOSEPH GREENWOOD:  At this point in time

21   the high bid is Sofidel at $153,000,000.

22   Kimberly-Clark would need to increase the bid by a

23   million dollars to $154,000,000.  Kimberly-Clark,

24   do you with to submit a topping bid?
```

, AUCTION

1           STEVE TOTH:  Steve Toth for Kimberly-

2    Clark.  Yes, $154,000,000.

3           JOSEPH GREENWOOD:  Okay.  At this point in

4    time the high bid is $154,000,000 from Kimberly-

5    Clark.  At this point in time we are going to

6    pause, take a pause on the auction.  And we are

7    going to reconvene at 5:00 p.m., so just over

8    three hours.

9           And the debtors and their advisors will be

10   coming to each of the individual break-out rooms

11   to discuss next steps.  Thank you.

12                          - - -

13               (Whereupon, a short break was

14   taken.)

15                          - - -

16         JOSEPH GREENWOOD:  All right.  Back on the

17   record.  This is Joseph Greenwood, Livingstone

18   Partners, investment banker for the debtors.

19               Since we last adjourned, we went to a

20   final sealed bid from our two qualified bidders.

21   The debtors have evaluated the proposals in

22   connection with consultation parties, the lenders.

23   And we are prepared to declare Sofidel as the

24   successful bidder under the following material

```
 1   terms.

 2              All-in purchase price of $180,000,000,

 3   which is inclusive of the bid protection credit

 4   amount of $5,040,000.  Plus the following

 5   improvements to the APA as part of the Kimberly-

 6   Clark baseline bid, the removal of Footnote-1, the

 7   Section-6.1, which is no wind down of the Duncan

 8   facility removal of Footnote-2, Section-6.5-A, no

 9   exclusion of Duncan employees from initial version

10   of Schedule-4.15-A, a revised timeline, start

11   filing in Section-6.4-B to be two business days,

12   following signing of agreement, subject to

13   confirmation between Cleary and Morris Nichols

14   teams as to the earliest feasible date to file.

15              And finally, pay dollar for dollar for

16   any accounts receivable that, as of the close, are

17   one, less than 90 days aged, and two, not already

18   overdue.  Accounts receivable to be subject to the

19   same estimate and mechanism as inventory

20   adjustment amount and sale-leaseback adjustment.

21              I'm going to ask Sofidel to please

22   confirm on the record whether I have appropriately

23   summarized the bid provided.

24              LUIGI LAZZARESCHI:  Yes.
```

1              JOSEPH GREENWOOD:  Thank you.  In

2   addition, we are also going to announce and

3   declare Kimberly-Clark as the back-up bidder.

4              Does anyone have any questions before

5   we conclude our auction here today?  Hearing none,

6   I want to thank everyone for their time and

7   patience and diligence in this process.  And have

8   a good evening.  Thank you, all.

9                     - - -

10              (Whereupon, the auction concluded

11   at 4:51 p.m.)

12                     - - -

13

14

15

16

17

18

19

20

21

22

23

24

re ROYAL INTERCO, LLC, et al Debtor

, AUCTION

```
 1                        - - -

 2              C E R T I F I C A T I O N

 3                        - - -

 4         I, Amanda Brooks, a court reporter and

 5  commissioner of deeds, do hereby certify that the

 6  proceedings and evidence are contained fully and

 7  accurately in the stenographic notes taken by me

 8  on Thursday, May 15th, 2025, and that the

 9  foregoing testimony was taken in shorthand by

10  myself and reduced to typing under my direction

11  and control and that this is a correct transcript

12  of the same.

13                        Amanda Brooks

14                        -------------

15                        AMANDA BROOKS

16                        Court Reporter

17                        Commissioner of Deeds

18

19

20         (The foregoing certification of this

21  transcript does not apply to any reproduction of

22  the same by any means, unless under the direct

23  control and/or supervision of the certifying

24  shorthand reporter.)
```

*Reliable Court Reporting*

re ROYAL INTERCO, LLC, et al Debtor

, AUCTIONIndex: $1,000,000..break-

## $

**$1,000,000**  8:22 11:8,20 12:6 13:23 16:10,18

**$128,960,000**  9:7 10:23

**$130,960,000**  11:21

**$133,000,000**  8:20

**$133,960,000**  12:24

**$134,000,000**  8:23 10:22 11:6

**$135,000,000**  11:13,17

**$135,960,000**  13:9,24

**$136,000,000**  11:20 12:4

**$137,000,000**  12:8,11

**$138,000,000**  12:13

**$139,000,000**  12:23

**$140,000,000**  13:4,6,21

**$141,000,000**  13:8,23 14:9,16

**$142,000,000**  14:20

**$143,000,000**  14:23 15:2,4

**$144,000,000**  15:7,10

**$146,000,000**  15:18

**$147,000,000**  15:24

**$148,000,000**  16:3

**$150,000,000**  16:12

**$152,000,000**  16:20

**$153,000,000**  17:2,7,15,21

**$154,000,000**  17:23

**$2,000,000**  12:18,19,22

**$5,040,000**  9:2 10:24 11:21 12:14 13:1,9 14:1

## 1

**10:00**  8:8

**128/960**  10:19

**142**  14:17,18

**144**  15:4,7

**145**  15:11,12,15

**146**  15:16,20

**147**  15:20,21

**148**  15:24 16:4

**149**  16:5,7

**150**  16:14

**151**  16:16,17

**152**  16:18

**153**  16:22,23

## 2

**2025**  8:8

**22nd**  8:8

## 3

**363**  5:7

## A

**a.m**  8:8

**ability**  8:24

**accept**  7:14

**acted**  3:15

**addition**  5:21

**additional**  7:21,24

**advisable**  7:23

**afternoon**  17:13

**agreed**  4:8 6:19

**ahead**  10:13

**Amanda**  9:15 13:14

**amount**  6:14

**announce**  6:13,15 7:9,21 9:10

**applicable**  6:22 7:1,7

**approval**  8:6

**approve**  7:6

**arm's**  3:16

**arrangements**  5:8

**as-needed**  8:14

**asset**  5:13 7:14

**assets**  3:8,22 4:20,22 5:6

**attendance**  4:7,12

**auction**  3:2,6,10,23 4:10,19 5:3, 13 6:8 7:8,11,24 8:2,10

**auctioned**  3:22

**avoid**  4:16

## B

**back**  6:2

**back-up**  6:11,12,13,16,20 7:1,2, 7,10,16 8:5

**banker**  3:6 17:14

**baseline**  3:11 8:18 11:3

**basis**  5:1

**begin**  3:9 7:21

**behalf**  11:12 12:7 13:3

**bid**  3:11,13,24 4:22,24 5:4,5,14 6:6,7,10,11,14,17,24 7:13,14,17, 18 8:5,18,19,23 9:1,3,4,9,10 10:2, 15 11:3,4,5,7,8,10,13,17,18,19,24 12:4,5,10,13,16,22 13:6,7,11,20, 21,22,23 14:4,9,10,12,15,16,17, 20,21,24 15:3,5,6,9,11,14,16,19, 23 16:1,5,9,13,17,18,22,23 17:2, 3,14,15,21,22,24

**bidder**  3:20 4:3,15,21 5:16 6:9, 12,15,16,19,23 7:1,2,3,4,7,15,16 8:7

**bidder's**  4:17 6:13,20 7:12

**bidders**  3:12,15 4:19 5:3 6:4,23 7:10

**bidders'**  3:23

**bidding**  4:6,10 5:17 8:1 14:10

**bids**  5:20 6:6 8:17

**binding**  7:13

**bit**  17:19

**Bona**  3:24

**bound**  7:18

**break**  5:16,21 13:13,17 17:5,7,10

**break-**  6:1

re ROYAL INTERCO, LLC, et al Debtor

**break-up**  9:1 10:23 11:22 12:14, 24 13:9 14:1

**breaks**  5:23

**bring**  6:2

**bulk**  5:13

---

**C**

**call**  5:21

**care**  10:1

**Carolina**  4:23

**cash**  9:2,4,5 10:18,22 11:21 12:14,24 13:9,24

**changed**  10:5

**circumstances**  7:23

**Clark**  11:13 14:14 15:10,18,20 16:3

**closed**  6:8

**closer**  17:18

**closing**  6:18,21

**collusion**  4:9

**collusive**  4:6

**combined**  5:5

**communications**  3:20

**component**  9:4,5 10:19

**comprised**  10:22 11:21 12:14,23 13:8,24

**conclusion**  8:2

**conducting**  7:23

**confer**  5:20,22

**conference**  8:13

**confirm**  3:19 12:22

**confirmed**  13:1,2

**confuse**  4:18

**confusion**  4:16

**consultation**  3:12 5:19

**consummate**  4:1 6:24 7:5

**controlling**  3:21

**court**  8:4 9:10,15,17,22 10:7 17:16,17

**current**  13:20 14:15

---

**D**

**dealt**  3:16

**debtor**  17:14

**debtor's**  3:8 4:20 5:6,10,11

**debtors**  3:6,11,14,16 4:24 5:19, 21 6:12,14,24 7:5,14,21 8:3

**declared**  6:7

**deemed**  4:8 7:3

**define**  3:9

**delay**  4:18

**deposit**  6:20

**designated**  4:15

**determine**  3:7

**discouraging**  3:22

**discuss**  5:4

**discussions**  5:9

**dollar**  10:18

**dollars**  16:22 17:23

**Due**  5:7

**Duncan**  4:23

---

**E**

**Eastern**  8:8

**elect**  5:19

**Ellis**  11:12 15:8

**end**  7:11

**engaged**  4:9

**Engaging**  4:6

**English**  10:4

**enhancing**  5:4,14

**escrow**  6:21

**exclusive**  5:8

**Excuse**  15:4

**expected**  5:17

**expedited**  7:8

**expense**  9:1 10:24 12:15 13:10 14:1

**explore**  5:14,16

**extent**  5:13

---

**F**

**fails**  6:23 7:4

**faith**  3:15,24

**fee**  9:1 10:23 11:22 12:14,24 14:1

**fide**  4:1

**file**  7:5 8:3

**foregoing**  4:14

**form**  4:6

**forward**  3:18

---

**G**

**Georgia**  4:21 5:5,12,15 8:11,12

**give**  4:13 10:10

**goal**  3:21

**good**  3:4,15,24 17:13

**grab**  8:13

**Greenwood**  3:4,5 9:14,19 10:1, 5,10,14,17,21 11:2,16 12:3,9,19, 21 13:5,14,20 14:8,15,19 15:3,9, 14,19,23 16:4,8,13,17,21 17:1,6, 13,14,20

**group**  5:14

**groups**  5:22

**guys**  8:17

---

**H**

**headline**  8:19,20 10:21 11:5 12:23

**hear**  10:8

**heard**  9:18

**hearing**  7:8 8:6,11

**held**  6:21

**high**  12:4,10 13:6,20 14:9,15,20 15:3,9,14,19,23 16:4,13,17 17:2,

re ROYAL INTERCO, LLC, et al Debtor

, AUCTIONIndex: higher..purchase

21

**higher**  7:14

**highest**  3:7 6:6,10 11:4,17 17:14

**hope**  4:4

---

**I**

**identity**  6:13,15

**illegal**  4:7

**imagine**  11:14

**inconsistent**  8:1

**increase**  10:14 11:7,19 12:2,5
  13:23 14:7,22 17:22

**increasing**  10:13

**increment**  15:24 16:18

**increments**  14:10

**intend**  4:1

**interest**  8:5

**investment**  3:6

**involvements**  5:15

**irrevocable**  6:17 7:13

---

**J**

**Joe**  3:5

**Joseph**  3:4 9:14,19 10:1,5,10,14,
  17,21 11:2,16 12:3,9,19,21 13:5,
  14,20 14:8,15,19 15:3,9,14,19,23
  16:4,8,13,17,21 17:1,6,13,20

---

**K**

**Kimberly-**  11:12 14:13 15:9,17,
  19 16:2

**Kimberly-clark**  4:20 8:19 11:3,
  6,9,17 12:5,8,10 13:4,6 14:11,20
  15:5,8,16 16:5,8,11,14,19 17:1,
  22,23

**Kimberly-clark's**  13:21

**kind**  17:18

**Kirkland**  11:12 15:8

---

**L**

**Lazzareschi**  9:12,23 10:3,12,16,
  20 11:1,14 12:1,17,20 13:2,12
  14:5,6 15:1,2,12,13,21,22 16:6,
  15,16,23,24

**leave**  7:11

**length**  3:16

**lieu**  9:2

**Livingstone**  3:5

**LLP**  11:12

**location**  4:23

**Luigi**  9:12,19,23 10:3,12,16,20
  11:1,14 12:1,17,20 13:2,12 14:5
  15:1,12,13,21 16:6,15,23,24

---

**M**

**microphone**  17:18

**mike**  10:11

**million**  10:6,13,16,18 12:2 14:7,
  22 15:15 16:22 17:23

**million-dollar**  14:10

**minimum**  5:24 8:21,22 9:4,7
  10:18 11:8,19 12:6 13:7 15:5,15

**moment**  4:13

**morning**  3:4

**move**  3:18 10:11

**Multiple**  4:17

---

**N**

**names**  9:16

**notice**  7:6,8 8:3

**notifying**  8:4

**number**  4:11 14:14

---

**O**

**objections**  8:10

**occur**  5:9

**offer**  3:7 4:1 10:13

---

**open**  6:17

**opportunity**  6:5 7:16

**order**  9:3 11:3,6,18 12:12 13:21
  14:16,21 15:10

**overbid**  10:18 15:15

**overbids**  8:21

---

**P**

**Pacific**  4:21 5:5,12 8:11,12

**Pacific's**  5:15

**parameters**  3:10

**part**  10:2

**partial**  4:22

**participation**  3:23

**parties**  3:12 4:11 5:19 8:4

**partner**  3:5

**party**  3:19 4:12

**party's**  3:24

**permission**  5:10

**person**  10:8

**place**  5:17 8:8

**point**  6:7 8:18 11:4,16 12:3,9
  14:8 17:20

**position**  4:17

**post-auction**  8:3

**presence**  5:11

**present**  3:19 5:12

**price**  3:21 8:20 9:6 10:22,23
  11:5,20 12:23

**procedural**  7:22

**procedures**  3:10,13 7:17,19 8:1,
  10

**proceedings**  3:2 4:18

**process**  3:17 4:10 5:8

**proposed**  4:2

**provided**  7:24

**purchase**  7:5 8:20 9:5,6 10:21,
  23 11:5,20 12:23

re ROYAL INTERCO, LLC, et al Debtor

**purposes** 7:3

**Q**

**qualified** 3:12,24 4:19,24 5:15
  6:4,9,10,14,17 7:12,15

**questions** 7:20 8:9

**quickly** 6:2

**R**

**reasonable** 6:5

**record** 4:5 9:16 13:15 17:8

**reimbursement** 9:1 10:24 12:15
  13:10 14:2

**related** 4:9,23

**relocate** 8:12

**remember** 8:6

**remind** 4:4

**reminder** 7:12

**reporter** 9:11,15,17,22 10:7,8
  17:16,17

**representative** 5:10

**request** 5:16

**required** 6:11,16

**respond** 4:13

**result** 7:17

**review** 5:20 7:17

**room** 3:19 6:1 8:13

**rooms** 6:2

**rounds** 5:18,20

**rules** 5:7 7:22,24

**S**

**sake** 4:5

**sale** 5:7 7:6 8:7

**screen** 8:16

**seeking** 7:6

**select** 7:1

**selected** 4:2 7:15

**serve** 6:12

**set** 3:13

**shared** 3:11

**sheet** 4:7

**short** 5:24 13:17 17:4,10

**signing** 4:7

**Sofidel** 4:20 8:23,24 9:5,6,8,13,
  20 11:5,18,23 12:4,12,15 13:7,10,
  22 14:3,6,9,21 15:3,11,15,23
  16:5,6,14,16,18,21,24 17:2,15,21

**South** 4:23

**speaking** 10:9

**spell** 9:16,23

**spelling** 9:20

**spellings** 9:14

**spokespeople** 4:17

**spokesperson** 4:16

**stalking-horse** 8:24

**stand-alone** 5:1

**status** 5:22

**stay** 6:1

**Steve** 11:11 12:7 13:3 14:13,18
  15:7,8,17 16:2,11,19 17:4

**submit** 5:5 6:5 9:3,8 10:2 11:7,
  10,13,18,23 12:12,16 13:7,11,22
  14:3,11,21,23 15:6,10,12,16,24
  16:9 17:24

**submitted** 4:22

**supplemental** 7:6

**successful** 4:2 6:7,15,19,22,23,
  24 7:2,3,4,10 8:5,7

**supplemental** 7:6

**T**

**T-O-T-H** 11:11

**team** 8:11,12

**time** 5:2,22 6:14 8:8,18 11:4,16
  12:3,10 13:5 14:9 17:20

**times** 3:15

**today** 4:8

**today's** 3:10 4:18

**topping** 8:23 9:3,4,9 10:2 11:7,
  10,18,24 12:5,13,16,22 13:7,11,
  22 14:4,11,16,21,23 15:5,6,10,16
  16:1,9 17:2,24

**total** 14:22

**Toth** 11:11 12:7 13:3 14:13,18
  15:7,8,17 16:2,11,19 17:4

**track** 8:17

**transaction** 4:2 6:18,22

**true** 4:14

**type** 4:6

**W**

**wishes** 5:14