## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ROYAL INTERCO, LLC, *et al.*, | ) Case No.: 25-10674 (TMH) |
| | ) (Jointly Administered) |
| Debtors. | ) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Brittany M. Clark, Esq., to represent the Official Committee of Unsecured Creditors, in the above-captioned cases.

Dated: May 21, 2025

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)
Gellert Seitz Busenkell & Brown, LLC
1201 N. Orange St., Suite 300
Wilmington, Delaware 19801
Telephone: (302) 425-5812
mbusenkell@gsbblaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: May 21, 2025

*/s/ Brittany M. Clark*
Brittany M. Clark Esq.
LOWENSTEIN SANDLER LLP
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 262-6700
Email: BClark@lowenstein.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.